UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ERMC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-CV-407-DCP |
| | ) | |
| MILLERTOWN PAVILION, LLC, f/k/a | ) | |
| KNOXVILLE PARTNERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SECURAMERICA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-CV-408-DCP |
| | ) | |
| MILLERTOWN PAVILLION, LLC f/k/a | ) | |
| KNOXVILLE PARTNERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

These cases are before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the

Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings,

including entry of judgment.

Now before the Court is Defendant's Motion to Continue Trial [Doc. 45]. Specifically,

Defendant requests that the trial, currently set for January 12, 2021, be continued for a period of

sixty (60) to ninety (90) days in light of concerns relating to COVID-19. Defendant asserts that

the short continuance will not prejudice any parties. Given that the pretrial conference date and

the trial date are quickly approaching, the Court **ORDERS** Plaintiffs to respond to Defendant's

Motion [Doc. 45] on or before **December 15, 2020.**

       **IT IS SO ORDERED**.

ENTER:

Debra C. Poplin
United States Magistrate Judge